## STARKES v. THE STATE.

(Decided December 16, 1913.)

APPEAL from Washington Circuit Court.

Heard before Hon. JOHN T. LACKLAND.

TURNER, WILSON & TUCKER, for appellant. R. C. BRICKELL, Attorney General, for the State.

THOMAS, J.—Reversed and remanded on the authority of *Jones v. The State,* 90 Ala. 630; 8 South. 383.

---

## STATE v. SPICER.

(Decided January 22, 1914.)

APPEAL from Andalusia City Court.

Heard before Hon. ED. T. ALBRITTON.

R. C. BRICKELL, Attorney General, and W. L. PARKS, for the State. POWELL & HAMILTON, and HENRY OPP, for appellee.

Per curiam. Appeal dismissed.

---

## THOMAS v. THE STATE.

(Decided January 22, 1914.)

APPEAL from Dale Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## THOMPSON v. ARNOLD.

(Decided February 10, 1914.)

APPEAL from Coffee Circuit Court.

Heard before Hon. H. A. PEARCE.

O. C. DOSTER, JR., for appellant. C. W. SIMMONS, for appellee.

Per curiam. Appeal dismissed.